LEONARD UDOLF *v.* PLAN AND ZONING COMMISSION OF THE TOWN OF WEST HARTFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*Wesley W. Horton,* in support of the petition.

*Richard P. Weinstein, Marjorie S. Wilder* and *Patrick G. Alair,* in opposition.

Decided December 23, 1987

LEONARD SMITH ET AL. *v.* JOHN CZESCEL

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 558, is denied.

*William F. Gallagher,* in support of the petition.

Decided December 23, 1987

MAZIE DENNISON, ADMINISTRATRIX (ESTATE OF DAVID DENNISON) *v.* LEWIS KLOTZ ET AL.

The petition by the plaintiff and the cross petition by the defendant Andrew Priest for certification for appeal from the Appellate Court, 12 Conn. App. 570, are denied.

*William F. Gallagher,* in support of the petition.

*Barbara N. Bellis* and *Kevin M. Tepas,* in opposition to the petition.

*Kevin M. Tepas,* in support of the cross petition.

Decided January 5, 1988